UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA CHAPTER OF ASSOCIATED BUILDERS AND CONTRACTORS, INC., BUILDERS ASSOCIATION OF MINNESOTA, and J & M CONSULTING, LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NICOLE BLISSENBACH, in her official capacity as the Commissioner of the Minnesota Department of Labor and Industry, KEITH ELLISON, in his official capacity as the Attorney General of Minnesota,<br><br>　　　　　　　　　　Defendants. | Court File No. 0:25-cv-00550-JRT-JFD<br><br>**PLAINTIFFS' NOTICE OF APPEAL**<br><br>**EXPEDITED APPELLATE RELIEF REQUESTED** |

Notice is hereby given that, pursuant to 28 U.S.C. § 1292(a)(1), Fed. R. App. P. 3(a)(1) and 4(a), Plaintiffs Minnesota Chapter of Associated Builders and Contractors, Inc., Builders Association of Minnesota, and J & M Consulting, LLC hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Order Denying Plaintiffs' Motion For Temporary Restraining Order and Preliminary Injunction (dated Mar. 5, 2025), and as later entered as a judgment (dated Mar. 6, 2025). (R. Docs. 28, 29.)

4901-2553-2197 / 121551.1002

Plaintiffs will request that the Eighth Circuit Court of Appeals hear this appeal on an expedited basis, because this appeal involves the denial of a preliminary injunction and further good cause exists because Plaintiffs' federal constitutional rights are implicated. (R. Doc. 1); 28 U.S.C. § 1657(a); *see also Minn. Humane Society v. Clark*, 184 F.3d 795, 797 (8th Cir. 1999) (explaining the appellant's right to seek expedited relief); *Henderson v. Bodine Aluminum, Inc.*, 70 F.3d 958, 960 (8th Cir. 1995) (per curiam) (appeal heard three days after action filed); *South Dakota v. Hazen*, 914 F.2d 147, 148 (8th Cir. 1990) (appeal heard within seven days of grant of preliminary injunction).

Dated: March 7, 2025

                              *s/ Lehoan T. Pham*

Thomas Revnew, Bar No. 0295620
trevnew@littler.com
Kurt J. Erickson, Bar No. 158380
kerickson@littler.com
Lehoan (Hahn) T. Pham, Bar No. 0397635
hpham@littler.com

LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone: 612.630.1000
Facsimile:  612.630.9626

***Attorneys for Plaintiffs***

4901-2553-2197 / 121551.1002