# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 10, 2025

Lehoan T. Pham
LITTLER & MENDELSON
1300 IDS Center
80 S. Eighth Street
Minneapolis, MN  55402-2136

RE:  25-1480  MN Chapter of Assoc. Builders, et al v. Nicole Blissenbach, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

ASL

Enclosure(s)

cc:   Clerk, U.S. District Court, District of Minnesota
      Kurt J. Erickson
      Janine Wetzel Kimble
      Matthew Anthony McGuire
      Thomas R. Revnew
      Lori Ann Simpson

   District Court/Agency Case Number(s):   0:25-cv-00550-JRT

**Caption For Case Number:   25-1480**

Minnesota Chapter of Associated Builders and Contractors, Inc.; Builders Association of Minnesota; J & M Consulting, LLC

       Plaintiffs - Appellants

v.

Nicole Blissenbach, in her official capacity as the Commissioner of the Minnesota Department of Labor; Keith M. Ellison, in his official capacity as the Attorney General of Minnesota

       Defendants - Appellees

**Addresses For Case Participants:   25-1480**

Lehoan T. Pham
LITTLER & MENDELSON
1300 IDS Center
80 S. Eighth Street
Minneapolis, MN  55402-2136

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Kurt J. Erickson
LITTLER & MENDELSON
1300
1300 IDS Center
80 S. Eighth Street
Minneapolis, MN  55402-2136

Janine Wetzel Kimble
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN  55101-2131

Matthew Anthony McGuire
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN  55101-2131

Thomas R. Revnew
LITTLER & MENDELSON
1300 IDS Center
80 S. Eighth Street
Minneapolis, MN  55402-2136

Lori Ann Simpson
1005
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-1320